RECEIVED

The Complaint Form!

FEB 2 9 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**FILED**

FEB 2 3 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

①

United States District Court Ⓐ

Ryan Townsend

Vs

The State of Texas
Travis County 403rd court
Coryell County 440 District Court

Complaint
Civil Action No.

**1:23CV00232 LY**

1. Jurisdiction & Venue Ⓑ

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The [name of district you are filing your suit in] is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

(b) U.S. District Court, Western District of Texas US. District Clerk's office. 403rd court Travis County.

(a)

(c) Coryell County 440 District Court U.S. District Clerk's office.

11. Plaintiffs ©

3 Plaintiffs, Ryan Gossett Townsend, is and was at all time mentioned herein a prisoner of the State of Texas Department of Corrections. He is currently confined in Coryell County Jail in Gateville Texas.

111 Defendants ⑩

4. Defendants Travis County 403rd Court is the U.S. District Court, Western District of the state of Texas. ⊠ The State of Texas is legally regally responsible for the overall operation of the Department and each institution under its Jurisdiction, 403rd Court.

ⓐ Defendants Coryell County 440 District Court is the U.S. District Clerk's office District of the State of Texas. The State of Texas is legally regally responsible for the overall operation of the Department and each institution Under its Jurisdiction, 440th District Court.

5 Defendent. The State of Texas is the Higher Power of 403rd court of Travis County is legally responsible for the operation of 403rd Travis county.

ⓐ Defendent The State of Texas is the Higher power of Coryell County 440th District Court is legally responsible for the operation of Coryell County 440th District Court.

②

6 Defendant, [guard's Fullname] is a Correctional officer of the [State] Department of Corrections Who, at all times mentioned in this Complaint, held the rank of [Position of guard] and was assigned to [name of Prison].

7 Each defendent is sued individually and in his [or her] official Capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

III. Facts (E)

8 State IN DeTAIL all the facts that are the basis for your suit. You will want to include what happened, where, when, how, and who was There. Remember that the Judge may Know very little about prison, so be sure to explain the terms you use. Divide your description of the facts into separate short paragraphs in a way that makes sense—by time, date, or event.

(a) U.S. District Court 403rd court Travis county

On January of 2020, My Po. Officer Aaron J. had our first face to face meeting. In that Same month of January, we agree to commucate email so I can my own document also. Between January, 15, 2020 and Febuary 1 2020 Aaron J. My P.O. Set a house/home vist that he never made it too, Because he Stop working as a Probation Office.

(4)

On, Febuary, 20, 2020 I email and called
Aaron J. Thinking he is still my Probation
officer at 9am, To conform our meeting.
Probation Officer Aaron J. he never responded,
I never went to meet him. I Ryan Gossett
Townsend never went to Mckemny falls
Probation office On Febuary, 20, 2020 To
take a drug test. 403rd court Room said
I Ryan G. Townsend violated my Probation Condition
On Febuary, 20, 2020 by testing positive for THC.
and missing LLA in January, 15, 2020 - January, 30, 2020.
I have document that will support that
these are false violation, and cost me a
warrant for my arrest and false Imprisonment.


(b) U.S. District Court 403rd Court Travis county

Attorney Jennefer Earl said I Ryan G. Townsend
Hired Bobby Taylor for a recall warrant. In
The 403rd court room on March of 2020, When
the recall warrant was sign out the 403rd
Court Room. I have a Email document from
attorney Bobby Taylor, Support I didn't hire
him in 2020 of march, this is document fraud
Coming out of the 403rd Court Room.

(a) 440th Judicial District Coryell County

Case # 18-242922

On 2nd day of December, 2020, I Ryan G.
Townsend was to serve 180 days in the Coryell
County Jail. This Order Modifying Conditions
of Supervision and Correction Was signed
25 day of January, 2020. The Coryell County
Filed at 8:20 am January, 26, 2021 District
Court. eL Ryan Gossett Townsend never signed
this modify Conditions of Supervision. My
attorney at the time Billy Ray Hall didn't
signed this documat. (8sec(a) 18-242922) The
signature under Defendant is a Forgery.
This is falsification of state document.

(b) 440th Judicial District Coryell County.

On 2nd day of December, 2020. I Ryan G Townsend
was giving a add Condition # 22- Defendant
is to serve 180 days in the Coryell County Jail.
This is false Imprisonment because of 403rd
district court said "I tested positive for
THC on Febuary 20. 2020. I never took
drug test for thc on Febuary, 20, 2020. I have
document of proof.

⑥

9. You may want to include some facts that
you do not know personally. It may be
general prison knowledge or it may be information
given to you by people who are not plaintiffs
in your lawsuit. It is Ok to include this kind of
information, but you need to be sure that
each time you give these the kinds of facts, you
start the paragraph with the phrase, "Upon information
and belief." If you include such facts, you must have
a good-faith basis for to believing them to be true.

(a) 440th Judicial District Coryell County

(a 1) Upon information and belief inmate Lewis
Richard made it clear to me that February
2, 2023 Coryell County Jail, hold and destroy
mail/and document. While being held at the
Coryell County Jail. That Why I RyanG.
Townsend gives Rodney Liggons to legally to
speak on my behave. Also send my mail to
19224 Auddett st, 48224, Dearborn Mi.

(a 2) Upon information and belief I Ryan G. Townsend
Thinks Billy Ray Hall works for the District
Attorney. Billy Ray Hall (254) 913-1330 P.O. BOX
1141, Temple, Texas 76503. I was told by
the firm that Billy Ray Hall was fired, for
Neglience and Violating attorney and client
priveleiages. On 1/17/2023 I sent a Request
and a Pretrial Services (Exhibit E)

⑦

10. You can refer to documents, affidavits, and
other materials that you have attached at the
back of your complaint as "exhibits" in support
of your complaint. Each document or group of
documents should have its own letter: "Exhibit A"
"Exhibit B etc.

IV. LEGAL CLAIMS(E)

The [state the violation, for example, beating,
deliberate indifference to medical needs, Unsafe
conditions, sexual discrimination] violated plaintiff
[name of Plaintiff]'s rights and constituted
[state the Constitutional right at issue, for example,
Cruel and unusual punishment, a due process vilation]
Under the [state the number of the Constitutional
Amendment at issue, like Eighth or fourteenth]
Amendment to the United States Constitution.

(a) The State of Texas Use of Force Page 5&6
and page 5 part C I left it blank. On 1-25-2023
at 2:00pm from Coryell County Jail 510 E.
Leon St Gatesville, Tx 76528. I ask Lt Porter
for a copy so, I Ryan G. Townsend can have
it for my Exhibit document Proof. "Lt Porter
Said "No" which is a violation of my civil Rights
Eight Amendment, also became criminal Act.
[See Exhibit G - G2]

⑧

12. The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff Seeks.

## V. Prayer For Relief (G)

WHEREFORE, Plaintiff respectfully prays this court enter Judgment granting Plaintiff:

13. A declaration that the act and Omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

14. A preliminary and permanent injunction ordering defendent [The State of Texas] To Texas to stop violating my Civil Right and Constitution Right.

15. Compensatory damages in the amount of $ 30,000,000 against each defendent, Jointly and Severally.

@

16. Punitive damages in the amount of $ _____ against each defendant _____ and the amount of $ _____ against defendant _____

17. A jury trial on all issues triable by jury.

18. Plaintiff's Cost in this Suit

19. Any additional relief this court deems just, proper, and equitable.

① Date February, 20, 2023  (H)
   Respectfully Submitted

Prisoner's names and addresses

Ryan G Townsend
19224 Audett st
48124 Dearborn Mi

⑩

Verification(1)

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at
Gatesville Texas
February, 20, 2023

Signature

R. Townsend

Ryan Gossett Townsend
Type name of plaintiff

*[Handwritten annotations:]* Exhibit A-0 · Our records show you were here 10/2020 – 2/15/2021 · This is a Falsification Document. · COPY · ORIGINAL

CAUSE #18-24922

THE STATE OF TEXAS                                        §        IN THE DISTRICT COURT OF

VS                          (8 sec @ 18-242922)           440TH JUDICIAL DISTRICT

RYAN TOWNSEND                                             CORYELL COUNTY, TEXAS

## ORDER MODIFYING CONDITIONS OF SUPERVISION AND CORRECTION

On this the 2nd day of December, 2020, Defendant came on to be heard the State's motion to modify the conditions of supervision heretofore granted in the above entitled and numbered cause on the 1st day of October, 2018, and the Court finds the order placing the Defendant on supervision in cause #18-24922 should be, and the same is hereby amended by changing condition(s) of supervision in said order as follows: To-Wit:

Add Condition #22 -- Defendant is to serve 180 days in the Coryell County Jail with credit for _159_ days served. All days will be served day for day and no credit for good time.

Add Condition #23 – Defendant is ordered to pay additional Attorney's fees in the amount of $_____.

All other terms and conditions of the original order of supervision dated the 1st day of October, 2018 shall remain in full force and effect as heretofore ordered:

*[Handwritten:]* I was not locked up in CCJ.

Signed the _25_ day of _Jan._, 2020.

*[Handwritten vertical note:]* Not My Signature Forgery.

_____
Attorney for the State

_____
Defendant

I acknowledge receipt from the Clerk
a copy of the Conditions of my
Supervision as modified.

_____
Defendant/Date

_____
District Clerk

_____
Judge, 440th Judicial District

_____
Defendant's Attorney

I acknowledge that a Supervision Officer
of Coryell County and the Courts has
explained the conditions of my Supervision
as modified and that I understand them.

_____
Defendant/Date

_____
Supervision Officer    1-12-21

Filed
CORYELL COUNTY
2:00 o'clock PM
JAN 26 2021
Becky Moore
DISTRICT CLERK



CAUSE #18-24922


ORIGINAL
COPY

THE STATE OF TEXAS

VS

RYAN TOWNSEND

IN THE DISTRICT COURT OF

440TH JUDICIAL DISTRICT

CORYELL COUNTY, TEXAS

### ORDER MODIFYING CONDITIONS OF SUPERVISION AND CORRECTION

On this the 16th day of August, 2019, Defendant agreed without a hearing to a modification to the Condition of Supervision heretofore granted in the above entitled and numbered cause on the 1st day of October, 2018, and the Court finds the order placing the Defendant on supervision in cause #18-24922 should be, and the same is hereby amended by changing condition(s) of supervision in said order as follows: To-Wit:

Add Condition #21 – Defendant shall successfully complete ISF Relapse through Travis County.

All other terms and conditions of the original order of supervision dated the 1st day of October, 2018 shall remain in full force and effect as heretofore ordered:

Signed the 26 day of August, 2019.

_____
Attorney for the State

_____
Defendant

I acknowledge receipt from the Clerk
a copy of the Conditions of my
Supervision as modified.

_____
Defendant/Date    26 Aug 2019

_____
District Clerk

_____
Judge, 440th Judicial District

_____
Defendant's Attorney

I acknowledge that an Officer of the Court
has explained the conditions of my
of my Supervision as modified and that I
understand them.

_____
Defendant/Date    26 Aug 2019

Filed
CORYELL COUNTY
o'clock
2:25 PM
AUG 26 2019
Becky Moore
DISTRICT CLERK

Exhibit A-2

# Coryell County Jail Inmate Grievance

**Definition:**
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges.
4. Prohibited Act by Facility Staff

## To Grievance Officer

**From:** Ryan Townsend _____    B2 - G18 _____
(Name of Inmate)                                 (Cell Block)

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

## NATURE OR DESCRIPTION OF THE PROBLEM:
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

Sec. 32.21 Forgery; ": I will ~~need~~ need a case number".
(A) To Alter, Make, Complete, Execute or authenticate any writing So that it purports (iii) To be a copy of a original When no such original existed." I want to make a police Report for Forgery. 12/2/2020; The State of Texas Vs. Ryan G. Townsend Cause # 18-24922. No original exist. My Signature is Forge, and the Signed date Jan, 25, 2020, I wasn't at or in Coryell Jail.

1/26/2023  7:00 pm
Date                          Inmate Signature    1/26/2023

## DISPOSITION OF GRIEVANCE

Inmate Name: Townsend, Ryan
Cell Location: C

Your grievance has been reviewed and disposed as follows: Contact Your Attorney

2/6/23
Date                          Grievance Officer

If you are not satisfied with the results of your grievance you may appeal to the Sheriff

Exhibit B

# CORYELL COUNTY JAIL
## INMATE GENERAL REQUEST FORM

| Ryan Townsend | 1/17/2023 | 1806 | E-2 12 |
|---|---|---|---|
| NAME OF INMATE | DATE OF REQUEST | TIME OF REQUEST | CELL # |

**(CHECK THE ONE THAT APPLIES)**

___ **JAIL SHIFT SUPERVISOR**

___ **JAIL ADMINISTRATOR**

___ **NOTARY PUBLIC**

___ **LAW LIBRARY**

✓ **OTHER**

Pretrail service

**(FILL IN REQUEST BELOW)**

need a new attorney.
Billy Ray Hall
254-913-1830
P.O. Box 1141
Temple, Texas 76503
User Name billrayhall.
I was told by the firm that Billy
Ray Hall was Fired, For Neglience and
Vilolating attorney and client priveleages.
I nee a new attorney Please. and thank
you.

**ACTION TAKEN BY JAIL PERSONNEL:**

IDK who you spoke with, but Mr. Hall is still in practice,
still on our attorney wheel, and is the active attorney
on your case. If you would like a new attorney, the
court would have to grant that.

**SIGNATURE OF JAIL PERSONNEL TAKING ACTION:** Pretrial Services

**DATE OF ACTION:** _____

**TIME ACTION TAKEN:** _____

Exhibit
EC

# CORYELL COUNTY JAIL
# INMATE GENERAL REQUEST FORM

E 2

| | | | |
|---|---|---|---|
| Ryan Townsend | 2/13/2023 | | /2 |
| NAME OF INMATE | DATE OF REQUEST | TIME OF REQUEST | CELL # |

| (CHECK THE ONE THAT APPLIES) | (FILL IN REQUEST BELOW) |
|---|---|
| ___ JAIL SHIFT SUPERVISOR | I need to |
| ___ JAIL ADMINISTRATOR | go to the Law |
| ___ NOTARY PUBLIC | Library |
| ✓ LAW LIBRARY | |
| ___ OTHER | |

**ACTION TAKEN BY JAIL PERSONNEL:**

we dont have a law library

SIGNATURE OF JAIL PERSONNEL TAKING ACTION:

DATE OF ACTION: 2/14/23

TIME ACTION TAKEN:

Exhibt
D

# CORYELL COUNTY JAIL
# INMATE GENERAL REQUEST FORM

EZ

| Ryan Townsend | 1/30/2023 | 11:20am | 1C |
|---|---|---|---|
| NAME OF INMATE | DATE OF REQUEST | TIME OF REQUEST | CELL # |

| (CHECK THE ONE THAT APPLIES) | (FILL IN REQUEST BELOW) |
|---|---|
| ___ **JAIL SHIFT SUPERVISOR** | I will like a copy |
| ✓ **JAIL ADMINISTRATOR** | of my use of force Report |
| ___ **NOTARY PUBLIC** | Please. 1/25/2023 2:00 pm of |
| ___ **LAW LIBRARY** | this date. |
| ___ **OTHER** | |

Romose

**ACTION TAKEN BY JAIL PERSONNEL:**

No.
Prter
At 1/31/23

**SIGNATURE OF JAIL PERSONNEL TAKING ACTION:** _____

**DATE OF ACTION:** _____

**TIME ACTION TAKEN:** _____

Exhibit
E

# CORYELL COUNTY JAIL
## INMATE GENERAL REQUEST FORM

| Ryan Townsend | 1/17/2023 | 1806 | E2 12 |
|---|---|---|---|
| NAME OF INMATE | DATE OF REQUEST | TIME OF REQUEST | CELL # |

| (CHECK THE ONE THAT APPLIES) | (FILL IN REQUEST BELOW) |
|---|---|
| ___ JAIL SHIFT SUPERVISOR<br><br>___ JAIL ADMINISTRATOR<br><br>___ NOTARY PUBLIC<br><br>___ LAW LIBRARY<br><br>✓ OTHER<br><br><br>Pretrail service | need a new attorney.<br>Billy Ray Hall<br>254-913-1330<br>P.O. Box 1141<br>Temple, Texas 76503<br>User Name bill ray hall.<br>I was told by the firm that Billy<br>Ray Hall was Fired, For Neglience and<br>Vilolating attorney and Client priveleages.<br>I nee a new attorney Please. and thank<br>you. |

**ACTION TAKEN BY JAIL PERSONNEL:**

IDK who you spoke with, but Mr. Hall is still in practice, still on our attorney wheel, and is the active attorney on your case. If you would like a new attorney, the court would have to grant that.

**SIGNATURE OF JAIL PERSONNEL TAKING ACTION:** Pretrial Services

**DATE OF ACTION:** _____

**TIME ACTION TAKEN:** _____

Exhibit F

## ORDER OF ATTORNEY APPOINTMENT

| STATE OF TEXAS | & | 440th District Court |
|---|---|---|
| VS | & | OF |
| Ryan Gossett Townsend | & | Coryell County, TEXAS |

**Offense(s)**

| 01/09/23 | POSS CS PG 1 >=4G<200G ANALOGUE (F2) | 440th District Court | 18-24922 | ☑ | ☐ |
|---|---|---|---|---|---|

### Defendant

| | |
|---|---|
| Name | Ryan Gossett Townsend |
| Local Id | |
| Date of Birth | 1/2/1988 |
| Phone | |
| Cell Phone | 512-740-5881 |
| Address | 9024 Northgate Blvd #2204 |
| City, State Zip | Austin, Texas 76758 |
| Gender | |
| Race | |
| Custody Location | Coryell County Sheriff's Office |

Indigency Status:

Full

### Appointed Attorney

| | |
|---|---|
| Name | BILLY RAY HALL |
| Phone | 254-913-1330 |
| Fax | 254-773-3328 |
| Address | P.O. BOX 1141 |
| City, State Zip | TEMPLE, Texas 76503 |
| UserName | billyrayhall |

MS. Topper

The above attorney is appointed to represent the defendant in the above numbered and entitled cause/complaint/case in all litigation in the trial court through and including a ruling on a Motion for New Trial, and filing a notice of appeal, if appropriate, unless released by written order of this Court at an earlier date or by the Court's appointment of appellate counsel.

Attorney appointed out of rotation by signed judicial order or appointed by judges' designee according to Coryell County's Approved Policy.

| Court Appointed Designee | Date | Time |
|---|---|---|
| Kendall Wade | 1/9/2023 | 9:46 AM |

# Coryell County Jail Inmate Grievance

**...tion:**

Violation of Civil Rights

2. Criminal Act

③. Unjust Denial or Restriction of Inmate Privileges.

④. Prohibited Act by Facility Staff

## To Grievance Officer

**From:** ~~J~~ Ryan Townsend _____    E 2 · C · 12 _____

(Name of Inmate)                                                                (Cell Block)

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

## NATURE OR DESCRIPTION OF THE PROBLEM:

(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

Hello mr. willams I hope this makes it to you. on 1/19/2023 you
said to me that my Grievance will not get the help it suppose to
get. "Ignored" on 1/23/2023 Lt porter said "you" "sheriff
willams is not found of me." "Don't like me" I say that
Because ~~the~~ there have been major problem in Coryell
County Jail. Getting attacked by ~~the~~ Staff and the nurose
giving me someone else/ pills. I to see a Doctor Please
I'm having metal problem off the Pills.

2.5.2023 _____        R Townsend R.T        2.5.2023
Date                                                    Inmate Signature

## DISPOSITION OF GRIEVANCE

Inmate Name: _____

Cell Location: _____

Your grievance has been reviewed and disposed as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____          _____
Date                                         Grievance Officer

If you are not satisfied with the results of your grievance you may appeal to the Sheriff

6 Apr 0.2

# Coryell County Jail Inmate Grievance

**Definition:**
1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges.
4. Prohibited Act by Facility Staff

## To Grievance Officer

**From:** Ryan Townsend                    E2-C-12
(Name of Inmate)                           (Cell Block)

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

## NATURE OR DESCRIPTION OF THE PROBLEM:
(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

On 1-30-2023 at 11:20Am I gave both Paul a Request To give to
Sgt Romose That said "I will like a copy of my Use of Force Report
Page 5 & 6. on 1-25-2023 at 2:00pm." Sgt Grant took it from Paul
and gave it to Lt Porter, "Who said "No" in Red ink." on 1/31/23.
I have the Right to a Copy. For my document for me. Lt Porter
Just violation my Civil Rights and that Just became a
Criminal Act. I was Hurt By the staff of Coryell County Jail.
Eighth Amendment has been violated.
2/1/2023
Date                                          [signature] R.T.
                  Sent to Scott Inmate Signature      2/1/2023
                                Williams.
              DISPOSITION OF GRIEVANCE

Inmate Name: _____
Cell Location: _____

Your grievance has been reviewed and disposed as follows:

_____
_____
_____
_____
_____
_____
_____

_____          _____
Date                             Grievance Officer
If you are not satisfied with the results of your grievance you may appeal to the Sheriff

Exhibit C-0

# Coryell County Jail Inmate Grievance

**Definition:**

1. Violation of Civil Rights
2. Criminal Act
3. Unjust Denial or Restriction of Inmate Privileges.
4. Prohibited Act by Facility Staff

**To Grievance Officer**

**From:** Ryan Townsend                              E2 - C.12
         (Name of Inmate)                          (Cell Block)

I wish to file a grievance. I certify that my statement is true and correct to the best of my knowledge and belief.

**NATURE OR DESCRIPTION OF THE PROBLEM:**

(Please print or write legibly. Include all dates, times and names of persons involved, including witnesses if necessary.)

Hello Mr. Sheriff Willams I hope this makes it to you. 1/19/2023 you said me that Grievance will not get the help it suppose to get. "Ignored" On 1/23/2023 Lt porter said " You sheriff Willams is not found of me" Don't like me. I say that because there have been major problem in C.C.J. Getting attacked by the staff and the nurse giving me someone eles pill. Pill. I need to see a Doctor Please. I having mental problems off the pill.

2.5.2028                              Ryan Townsend          2.5.2023
Date                                 Inmate Signature
                                         RT

## DISPOSITION OF GRIEVANCE

Inmate Name: _____

Cell Location: _____

Your grievance has been reviewed and disposed as follows:

_____
_____
_____
_____
_____
_____
_____
_____

_____        _____
Date                            Grievance Officer

If you are not satisfied with the results of your grievance you may appeal to the Sheriff

Exhibt
F

# CORYELL COUNTY JAIL
## INMATE GENERAL REQUEST FORM

E2

Ryan Townsend | 2/13/2023 | | 12
NAME OF INMATE | DATE OF REQUEST | TIME OF REQUEST | CELL #

| (CHECK THE ONE THAT APPLIES) | (FILL IN REQUEST BELOW) |
|---|---|
| ___ JAIL SHIFT SUPERVISOR | |
| ___ JAIL ADMINISTRATOR | I need to |
| ___ NOTARY PUBLIC | go to the law |
| ✓ LAW LIBRARY | Library |
| ___ OTHER | |

ACTION TAKEN BY JAIL PERSONNEL:

We dont have a law library

SIGNATURE OF JAIL PERSONNEL TAKING ACTION: _____

DATE OF ACTION: 2/14/23

TIME ACTION TAKEN:



Ryan. Townsend
510. E. Leon St
Gatesville Tx. 76528

INDIGENT

SCREENED BY GSO
FEB 23 2023

U.S. District Clerks
501 west 5th St Suite 1160
Austin Texas 78701

Legal Mail.