FILED

APR 2 4 2023

CLERK. U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

RYAN GOSSETT TOWNSEND,
      PLAINTIFF,

V.                                                Case No.  A-23-CV-00232-LY

THE STATE OF TEXAS,
et al.,
      DEFENDANTS.


### ORDER OF DISMISSAL

On March 15, 2023, the court ordered Plaintiff to file a properly supported application to proceed *in forma pauperis*. The court also ordered Plaintiff to show cause why his complaint should not be dismissed for want of jurisdiction or as frivolous. The court warned that Plaintiff's failure to comply would result in the dismissal of his complaint without further notice. Despite the court's warning, Plaintiff has not complied.

The court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey an order of the court.

SIGNED this 24th day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE